STEPHANIE YONEKURA
Acting United States Attorney
ROBERT E. DUGDALE
Assistant United States Attorney
Chief, Criminal Division
STEVEN R. WELK
Assistant United States Attorney
Chief, Asset Forfeiture Section
JENNIFER RESNIK (Cal. Bar No. 233634)
Assistant United States Attorney
Asset Forfeiture Section
    1400 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-6595
    Facsimile: (213) 894-7177
    E-mail:     Jennifer.Resnik@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>        v.<br><br>REAL PROPERTY LOCATED IN CALABASAS, CALIFORNIA AND REAL PROPERTY LOCATED IN TOLUCA LAKE, CALIFORNIA,<br><br>      Defendants. | NO. CV 14-08666-JFW (PLAx)<br><br><u>PARTIAL CONSENT JUDGMENT OF FORFEITURE</u> |

    This action was filed on November 7, 2014.  Notice was given and published in accordance with law.  Claimants Marvin J. Caukin ("Caukin") and Sarah Anderson-Caukin (collectively "Claimants"), both individually and through their respective interests in CRCS Limited Partnership ("CRCS"), filed the only claims to the defendant real properties located in Calabasas, California (the "defendant Calabasas

property") and Toluca Lake, California (the "defendant Toluca Lake property") (collectively, the "defendant properties"), more particularly described below.  Plaintiff and Claimant Caukin have reached an agreement that is dispositive to Claimant Caukin's claims to the defendant properties in this action.  Plaintiff and Claimant Caukin have requested that the Court enter this Partial Consent Judgment of Forfeiture.

WHEREFORE, IT IS ORDERED, ADJUDGED AND DECREED:

A.   This Court has jurisdiction over this action pursuant to 28 U.S.C. §§ 1345 and 1355 and over the parties hereto.

B.   The Complaint for Forfeiture states a claim for relief pursuant to 18 U.S.C. § 981(a)(1)(A) and (C).

C.   Notice of this action has been given in accordance with law.  All potential claimants to the defendant properties other than Claimants are deemed to have admitted the allegations of the Complaint.  The allegations set out in the Complaint are sufficient to establish a basis for forfeiture.

D.   The United States of America shall have judgment as to Claimant Caukin's interest, both individually and through his ownership of CRCS, in the defendant properties, subject to the previously recorded interest of The Rama Fund, LLC in the defendant Calabasas property (Instrument Number 20131271145), and no other person or entity shall have any right, title or interest therein.  The legal description of the defendant Calabasas property is as follows:

> Lot 12 of Tract No. 44352, in the City of Calabasas, County of Los Angeles, State of California, as per Map recorded in Book 1109, pages 33 to 42 inclusive of Maps, in the Office of the County Recorder of said County.  Except from that portion of said land described in deed recorded May 18,

```
     1          1966 as Instrument No. 737, of official records, all oil,
                gas, petroleum and other minerals or hydrocarbon substances
     2          in and under said land, together with the right to use that
                portion only of said land which underlies a plane parallel
     3          to and 500 feet below the present surface of said land, for
                the purpose of prospecting for, developing and/or
     4          extracting said oil, gas, petroleum and other minerals or
                hydrocarbon substances from said land by means of wells
     5          drilled into said subsurface of said land by means of wells
                drilled into said subsurface of said land from drill sites,
     6          located on other land, it being expressly understood and
                agreed that said grantor, his successors and assigns, shall
     7          have no right to enter upon the surface of said land, or to
                use said land or any portion thereof to said depth of 500
     8          feet for any purpose whatsoever, as reserved by Wendell R.
                Dickmann, a single man and E.E. Seagren and Bernice
     9          Seagren, husband and wife, in deed recorded May 18, 1966 as
                Instrument No. 737 in Book D3307, Page 926, of official
    10          records.  Assessor Parcel Number 2069-067-012.
```

The legal description of the defendant Toluca Lake property is as follows:

```
        Lot 73 of Tract No. 9491 in the City of Los Angeles, as per
        Map recorded in Book 133, Pages 92 and 93 of Maps, in the
        Office of the County Recorder of Los Angeles County,
        California. Assessor Parcel Number 2424-006-009.
```

   E.   Claimant Caukin has released the United States of America, its agencies, agents, and officers, including employees and agents of the Federal Bureau of Investigation and the United States Postal Service, from any and all claims, actions or liabilities arising out of or related to this action, including, without limitation, any claim for attorney's fees, costs or interest which may be asserted on behalf of Claimant Caukin, whether pursuant to 28 U.S.C. § 2465 or otherwise.  Nothing in this consent judgment is intended as, nor should anything in this consent judgment be interpreted as an admission by Claimant Caukin of any liability or wrongdoing.

///

///

///

F. The court finds that there was reasonable cause for the institution of these proceedings. This judgment shall be construed as a certificate of reasonable cause pursuant to 28 U.S.C. § 2465.

Dated: __January 22, 2015__  _____
THE HONORABLE JOHN F. WALTER
UNITED STATES DISTRICT JUDGE

**Approved as to form and content:**

Dated: January 20, 2015         Respectfully submitted,

                                STEPHANIE YONEKURA
                                Acting United States Attorney
                                ROBERT E. DUGDALE
                                Assistant United States Attorney
                                Chief, Criminal Division


                                    /s/
                                Jennifer Resnik
                                Assistant United States Attorney

                                Attorneys for Plaintiff
                                UNITED STATES OF AMERICA


Dated: January 16, 2015             /s/
                                MARVIN J. CAUKIN
                                Claimant


Dated: January 16, 2015             /s/
                                MARVIN J. CAUKIN, President
                                For CRCS Limited Partnership
                                Claimant


Dated: January 16, 2015         LAW OFFICES OF MARK J. WERKSMAN

                                    /s/
                                MARK HATHAWAY, ESQ.
                                Attorneys for Claimants Marvin J.
                                Caukin and CRCS Limited Partnership